

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

## No. 02-19-00179-CV

———————————————

FELICIA BARNETT TREVINO, Appellant

V.

DAVID T. KULESZ, ATTORNEY AND INDEPENDENT EXECUTOR OF THE
ESTATE OF GENEVA SUE BARNETT, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-002158-1

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "First Amended Agreed Motion to Vacate Judgment and Return Supersedeas Bond." We grant the motion in part and deny in part; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995). The mandate is ordered issued this date.

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 19, 2019